IN RE RESIGNATION OF KOHNEN.

[Cite as *In re Resignation of Kohnen* (1995), 72 Ohio St.3d 1216.]

(No. 95–1109—Submitted June 21, 1995—Decided June 22, 1995.)

The resignation as an attorney of David A. Kohnen of Cincinnati, Ohio, Attorney Registration No. 0006638, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

---

DIRKSING, ADMR., APPELLANT, *v.* BLUE CHIP ARCHITECTURAL PRODUCTS, INC. ET AL., APPELLEES.

[Cite as *Dirksing v. Blue Chip Architectural Products, Inc.* (1995), 72 Ohio St.3d 1216.]

(No. 94–2723—Submitted June 8, 1995—Decided July 19, 1995.)

*John H. Metz,* for appellant.

*Taft, Stettinius & Hollister, James M. Hall, Jr.,* and *Charles F. Croog,* for appellees Blue Chip Architectural Products, Inc., WCI/Waltek, Inc., and Keith G. Smith.

*Dinsmore & Shohl* and *Stephen K. Shaw,* for appellee Frank Messer & Sons Construction Company.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.